UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____X

**U.S. Bank Trust, N.A., as Trustee for**
**LSRMF MH Master Participation Trust II,**
   **Plaintiff,**

v.                Civil Action No.

**Richard J. Coffin,**         VACANT PROPERTY:
   **Defendant,**          10 Belleview Avenue
                  Marlborough, MA 01752

**and**

**Bank of America, National Association,**
   **Party-in-Interest.**

_____X

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**AND LOCAL RULE 7.3(A) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for U.S. Trust, N.A., as Trustee for LSRMF MH Master Participation Trust II ("U.S. Bank") states the following:

1. U.S. Bank is a wholly owned subsidiary of U.S. Bancorp, a bank holding company organized and existing under the laws of Delaware with a principal place of business at 1761 Saint Andrew Place, Santa Ana, CA 92705.

2. U.S. Bank is acting solely in its capacity as Trustee for the LSRMF MH Master Participation Trust II.

              Respectfully Submitted,

              U.S. Bank Trust, N.A., as Trustee for LSRMF MH
              Master Participation Trust II,

U.S. Bank, as Trustee v. Richard J. Coffin
10 Belleview Avenue, Marlboro, MA
DG&L File No.: 56463        1

By its attorneys,

Dated: August 24, 2020

/s/Reneau J. Longoria, Esq.
Brian C. Linehan, Esq. (BBO #690437)
Reneau J. Longoria, Esq. (BBO #635118)
Patrick D. Beaton, Esq. (BBO #661215)
Elizabeth W. Dailey, Esq. (BBO #562178)
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 225D
Beverly, MA 01915
Tel. (978) 921-2670
rjl@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. certify that a true copy of the Corporate Disclosure Statement was served upon the Plaintiffs in this action by electronic notification and/or mailing a true copy of the same, first class mail; postage prepaid, on August 24, 2020, to:

Richard J. Coffin
44 Ahlgren Circle
Marlborough, MA 01752

Bank of America, N.A
100 N Tryon Street
Charlotte, NC 28202

/s/ Reneau J. Longoria
Reneau J. Longoria, Esq.